**FILED**

02/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0482

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0482

_____

FARMERS INSURANCE EXCHANGE and
TRUCK INSURANCE EXCHANGE,

      Petitioners and Appellees,

   v.                                  O R D E R

DENNIS MINEMYER, BRAD J. DAVEY, and
DALE YATSKO,

      Respondents and Appellants.

_____

Upon consideration of Appellant Dennis Minemyer's Motion for Extension of Time and good cause appearing therefore, Minemyer is GRANTED an extension of time within which to file his Reply Brief to and including March 15, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 6 2023